UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
03 MAY 19 PM 12:29

MARK MANNINGS,            )
                          )
        Plaintiff,        )
                          )
v.                        )    CV 03-S-354-S
                          )
STEVEN BULLARD, Warden, et.al., )
                          )
        Defendants.       )

ENTERED
MAY 19 2003
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on April 16, 2003, recommending that this action filed pursuant to 42 U.S.C. §1983 be dismissed for failing to state a claim upon which relief can be granted under 28 U.S.C. §1915A(b). No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed with prejudice for failing to state a claim upon which relief can be granted.

An appropriate order will be entered.

DATED this 19th day of May, 2003.

_____
UNITED STATES DISTRICT JUDGE